IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL P. MARTIN, | Case No: 2:15 CV 2672 |
| Plaintiff, | District Judge Gregory L. Frost<br>Magistrate Judge Norah McKann King |
| vs. | |
| AMERICAN DISPOSAL SERVICES OF WEST VIRGINIA, INC. and THOMAS E. HEATH, | |
| Defendants. | **JURY TRIAL DEMANDED** |

## DISMISSAL ORDER

The attorneys for the parties have advised the Court that all claims have been amicably resolved through a release and settlement agreement and that the parties request this Court to enter an order of dismissal of all claims and this civil action pursuant to the terms of their settlement agreement.

It is hereby ORDERED, ADJUDGED, and DECREED that all claims are dismissed and that this civil action is dismissed with prejudice. The Clerk is directed to enter this dismissal order and serve a copy of this dismissal order upon all counsel of record for the parties.

/s/ GREGORY L. FROST
_____
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

{P1214759.1}

The undersigned counsel hereby consent to the form of this order.

| | |
|---|---|
| LANCIONE, LLOYD & HOFFMAN LAW OFFICE: | MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C. |
| By: /s/ Richard L. Lancione<br>RICHARD L. LANCIONE, ESQUIRE<br>Ohio Bar No: 0019623<br>3800 Jefferson Street<br>Bellaire, OH 43906<br>(740) 676-2034<br>Fax: (740) 676-3931<br>Email: richardlancione@comcast.net<br><br>Counsel for Michael P. Martin<br><br>Date: October 15, 2015 | By: /s/ Paul R. Robinson<br>PAUL R. ROBINSON, ESQUIRE<br>*Pro hac vice* admitted<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>Fax: (412) 471-2754<br>Email: probinson@mdbbe.com<br><br>Counsel for American Disposal Services of West Virginia, Inc. and Thomas E. Heath<br><br>Date: October 7, 2015 |

{P1214759.1}